IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00478-WYD-MEH

TERRANCE PATTERSON GALLERY, LTD., a Colorado Corporation,

    Plaintiff,

v.

DOCUMENT AND PACKAGING BROKERS, INC., d/b/a DOCUPAK, an Alabama Corporation,

    Defendant.

_____

## ORDER OF DISMISSAL
_____

    On September 1, 2006, the parties filed a Stipulation of Dismissal with Prejudice. After a careful review of the Stipulation and the file, the Court concludes that the case should be dismissed with prejudice. Accordingly, it is

    ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to pay its own costs and attorney's fees.

    Dated:  September 1, 2006

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge